625 A.2d 641

**Bernadine Conway POWELL, Appellee,**

v.

**Cyril F. CONWAY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 9, 1991.

Decided June 1, 1993.

Richard H. Roesgen, Williamsport, for appellant.

James D. Casale, Williamsport, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

**ORDER**

PER CURIAM:

Order of Superior Court reversed. *See Blue v. Blue,* 532 Pa. 521, 616 A.2d 628 (1992).

410

McDERMOTT, J., did not participate in the decision of this case.

LARSEN, J., dissents.